# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ERNESTO AROCHA,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF RIVERSIDE, CALIFORNIA; DEPUTY HEUER; DEPUTY KERR; STANLEY SNIFF, JR.; AND DOES 1-10.<br><br>Defendants. | Case No.: ED CV 18-1585-DMG (SHKx) ✓<br>ED CV 18-2512-DMG (SHKx)<br><br>**ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT CONSOLIDATE CASES** |

Plaintiffs in Case No. EDCV-18-02512-DMG (SHKx) ("*Arocha II*") have filed a request to consolidate the case with the lower numbered action Case No. EDCV-18-01585-DMG (SHKx) ("*Arocha I*") [*Arocha II*, Doc. # 21]. Plaintiffs give no indication that they complied with Local Rule 7-3 prior to filing their request. It is also unclear why Plaintiffs did not respond to the Court's Order to Show Cause in *Arocha I* in order to seek more time to serve the individual defendants such that the filing of a second action would have been obviated [*Arocha I*, Doc. # 17].

Notwithstanding the above-mentioned irregularities, and given the identity of issues, the lack of prejudice to any defendant, and the fact that both cases were filed within the applicable two-year statute of limitations, the Court orders the parties to show cause in writing by January 16, 2019 why the Court should not consolidate the new action, Case No. EDCV-18-02512-DMG (SHKx), with the lower numbered action, Case No. EDCV-18-01585-DMG (SHKx). If the cases are consolidated, the Court would require the parties to refer to and use Case No. EDCV-18-01585-DMG (SHKx) in all future filings. All filings to date in Case No. EDCV-18-02512-DMG (SHKx) would be deemed to have been filed in the lower case number and the Complaint filed in *Arocha II* [*Arocha II*, Doc. # 1] would be deemed the operative complaint. Case No. EDCV-18-02512-DMG (SHKx) would be administratively closed. If the parties fail to file a satisfactory response by the January 16, 2019 deadline, the Court will enter a consolidation order consistent with the above.

DATED: January 9, 2019

DOLLY M. GEE
UNITED STATES MAGISTRATE JUDGE