1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| MICHAEL ERNESTO AROCHA,<br><br>Plaintiff,<br><br>v.<br><br>THE COUNTY OF RIVERSIDE, CALIFORNIA; DEPUTY HEUER; DEPUTY KERR; STANLEY SNIFF, JR.; AND DOES 1-10,<br><br>Defendants. | Case No.: ED CV 18-1585-DMG (SHKx)<br><br>**ORDER ON STIPULATION OF THE PARTIES AND JOINT REQUEST FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANTS [42]** |

1    Pursuant to the parties' joint stipulation [Doc. # 42], and good cause
2 appearing,
3    IT IS HEREBY ORDERED THAT the above-captioned action is dismissed
4 with prejudice as to Defendants COUNTY OF RIVERSIDE, DEPUTY HEUER and
5 DEPUTY KERR.  Plaintiff and Defendants shall bear their own costs.  All
6 scheduled dates and deadlines are VCATED.
7 **IT IS SO ORDERED.**
8
9 DATED:  August 31, 2020                    _____
10                                            DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE